1  MARK PALLEY, Cal. Bar No. 120073
   DAVID M. ROSENBERG-WOHL, Cal. Bar No. 132924
2  MARION'S INN LLP
   1611 Telegraph Avenue, Suite 707
3  Oakland, California 94612-2145
   Telephone: (510) 451-6770
4  Facsimile: (510) 451-1711
   E-mail: drw@marionsinn.com
5
   Attorneys for Defendant,
6  The Permanente Medical Group, Inc.

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 DAWN SPENCER,                    )  Case No. 15-cv-00455-VC
                                    )
11         Plaintiff,               )  [PROPOSED] ORDER GRANTING
                                    )  TPMG's *EX PARTE* APPLICATION TO
12    v.                            )  PERMIT LATE FILING OF REPLY
                                    )  AS MODIFIED
13 KAISER PERMANENTE INSURANCE      )
   COMPANY and DOES 1-20, inclusive,)
14                                  )
           Defendants.              )
15 _____)

16

17

18     HAVING CONSIDERED both the application of defendant, The Permanente Medical

19 Group, Inc. ("TPMG"), for an ex parte order permitting the late filing of a reply, and any

20 response thereto by plaintiff, this Court finds that counsel for TPMG have established excusable

21 neglect and good cause under Fed. R. Civ. P. 6(b)(1)(B).

22     ACCORDINGLY, IT IS HEREBY ORDERED that the reply filed by TPMG in support

23 of its motion to dismiss plaintiff's second amended complaint is permitted and shall be

24 considered by the court in the resolution of the motion.

25 No further extensions will be granted.

26 Dated: April 13, 2015           Judge: _____

27

28

[Proposed] Order Granting TPMG's Ex Parte Application re Reply
Case No. 15-cv-00455-VC                     1

*[Stamp: IT IS SO ORDERED AS MODIFIED, Judge Vince Chhabria, United States District Court, Northern District of California]*