| | |
|---|---|
| 1 | NEVILLE F. FERNANDES, Bar No. 240935 |
| | NORCAL EMPLOYMENT COUNSEL PC |
| 2 | 548 Market St., Ste. 22582 |
| | San Francisco, CA 94104 |
| 3 | Tel: (415) 230-1357 |
| | Fax: (415) 422-9388 |
| 4 | Email: nf@nccounsel.com |

Attorney for Plaintiff
DAWN SPENCER

MARK PALLEY, Bar No. 120073
SARAH EDWARDS, Bar No. 268679
TIANA SEYMORE, Bar No. 299189
MARION'S INN LLP
1611 Telegraph Ave., Suite 707
Oakland CA 94612
(510) 451-6770
mp@marionsinn.com
se@marionsinn.com
tseymore@marionsinn.com

Attorneys for Defendant
The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SPENCER, | Case No. 3:15-CV-00455-VC |
| Plaintiff, | [~~PROPOSED~~] **ORDER CONTINUING SETTLEMENT CONFERENCE COMPLETION DEADLINE** |
| vs. | |
| KAISER PERMANENTE INSURANCE COMPANY and DOES 1 through 20, inclusive, | |
| Defendants. | |

1

ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE         CASE NO. 3:15-CV-00455-VC

1  Pursuant to the parties' stipulation and good cause appearing therefore, it is HEREBY
2  ORDERED that the parties' deadline within which to conduct their Settlement Conference in front
3  of a Magistrate Judge of this court be extended by 45 days, to September 16, 2015.
4
5  IT IS SO ORDERED.
6
7  Dated: June 11, 2015
8
9  _____
10  Judge of the United States District Court

2

ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE          CASE NO. 3:15-CV-00455-VC